THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARC MOMPOINT, Appellant. [64 NYS3d 528]—

Judgment, Supreme Court, New York County (Renee A. White, J.), rendered March 12, 2013, as amended April 8, 2013, convicting defendant, upon his plea of guilty, of grand larceny in the fourth degree (three counts) and identity theft in the first degree, and sentencing him to concurrent prison terms of one to three years, unanimously affirmed.

Defendant's challenges to his plea are unpreserved, and they do not come within the narrow exception to the preservation requirement (*see People v Conceicao*, 26 NY3d 375, 382 [2015]). We decline to review these claims in the interest of justice. As an alternative holding, we find that the record as a whole

establishes that the plea was knowingly, intelligently and voluntarily made, notwithstanding any deficiencies in the plea colloquy (*see People v Tyrell*, 22 NY3d 359, 365 [2013]; *People v Harris*, 61 NY2d 9, 16-19 [1983]). Concur—Manzanet-Daniels, J.P., Mazzarelli, Kapnick and Webber, JJ.